667 A.2d 694

IN THE MATTER OF BONNIE M. ZEM, AN ATTORNEY AT LAW.

December 11, 1995.

## ORDER

The Disciplinary Review Board having filed with the Court on September 27, 1995, its decision concluding that **BONNIE M. ZEM of HACKENSACK,** who was admitted to the bar of this State in 1987, should be suspended from the practice of law for a period of three months for committing a criminal act that reflects adversely on her honesty, trustworthiness or fitness as a lawyer, in violation of *RPC* 8.4(b), and that the suspension should be suspended because of mitigating factors;

And the Office of Attorney Ethics having filed a petition for review of the decision of the Disciplinary Review Board;

And good cause appearing;

It is ORDERED that the petition for review is granted; and it is further

ORDERED that **BONNIE M. ZEM** is hereby reprimanded for committing a criminal act that reflects adversely on her honesty, trustworthiness or fitness as a lawyer, in violation of *RPC* 8.4(b); and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.